IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**JOSEPH** and **VICTORIA FORMOSA**,

       Plaintiffs,

     v.

**GREAT NORTHWEST INSURANCE COMPANY**,

       Defendant.
_____

**Civ. No. 6:13-cv-00789-TC**

**JUDGMENT**

**MCSHANE, Judge**:

    This action is dismissed.

IT IS SO ORDERED.

    DATED this 4th day of September, 2014.

                          _____s/ Michael J. McShane_____
                               **Michael J. McShane**
                             **United States District Judge**

1 – JUDGMENT